IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HATTIE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07 CV 6256 |
| | ) | |
| CREDIT SOLUTIONS CORPORATION, | ) | Judge Coar |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

NOW COMES the Plaintiff, HATTIE KING, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, CREDIT SOLUTIONS CORPORATION, with prejudice and without costs to be paid to any party.

                          Respectfully Submitted,
                          **HATTIE KING**

                          By: _____*/s Larry P. Smith*_____
                                Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911