**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HATTIE KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07 CV 6256 |
| | ) | |
| CREDIT SOLUTIONS CORPORATION, | ) | Judge Coar |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Credit Solutions Corporation
c/o Ms. Kimberly Krauss
9573 Chesapeake Drive
San Diego, CA 92123

    PLEASE TAKE NOTICE THAT On February 18, 2008, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Voluntary Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice by depositing the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on February  18 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                                                                         By: _____*/s Larry P. Smith*_____
                                                                                                 Attorney for Plaintiff
                                                                                                 Attorney for Plaintiff