## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6256 | **DATE** | 2/20/2008 |
| **CASE TITLE** | King vs. Credit Solutions Corp | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion [9] to dismiss is granted. This action is dismissed in its entirety with prejudice and without costs to any party. Any other pending motions, or dates are stricken and terminated. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|